UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 15-CR-20022 |
| | ) | |
| | ) | |
| | ) | |
| DANIEL BALLARD, | ) | |
| Defendant | ) | |

MOTION TO FILE MOTION FOR NEW TRIAL UNDER SEAL

Now comes the defendant by his attorney, Lawrence S. Beaumont, and hereby respectfully requests to file his motion for new trial under seal and in support states as follow:

(1) The defendant's motion for a new trial has been prepared and is due for filing by February 9, 2017.

(2) Much of the information discussed in the motion involves other government investigations, non-indicted individuals and activity that in defense counsel's opinion should not be made public.

(3) In an abundance of caution, defense counsel would respectfully request the court to review the motion to determine if it should be made public.

WHEREFORE, the defendant respectfully requests this court to allow the filing of defendant's motion for new trial under seal.

        Respectfully submitted,

        /s/ Lawrence S. Beaumont
        Lawrence S. Beaumont
        Attorney –at- Law
        53 W. Jackson Blvd.
        Chicago, Illinois
        (312) 765-6000