UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  15- CR-20022 |
| | ) | |
| | ) | |
| | ) | |
| DANIEL BALLARD, | ) | |
| Defendant | ) | |

MOTION TO FILE SUPPLEMENTAL AUTHORITY

Now comes the defendant by his attorney, Lawrence S. Beaumont, and hereby respectfully requests this court to allow the defendant to file supplemental authority and in support states as follows:

(1) During oral argument in the instant matter the question was raised whether or not it matters if the prosecutor was specifically aware of the suppressed evidence.

(2) In *Kyles v. Whitley,* 514 U.S. 419, 437-38; 115 S.Ct. 1555, 1567-68; 131 L.Ed. 2d 490; 63 USLW 4303 (1995) the Court held it does not matter if the prosecutor was personally aware of the *Brady* material.

WHEREFORE, the defendant respectfully requests this court to allow the defense to cite *Kyle* as supplemental authority.

Respectfully submitted,

*Lawrence S. Beaumont*

_____
Lawrence S. Beaumont
Attorney –at- Law
53 W. Jackson Blvd.
Chicago, Illinois
(312) 765-6000