UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  15- CR-20022 |
| | ) | |
| | ) | |
| | ) | |
| DANIEL BALLARD, | ) | |
| Defendant | ) | |

<u>MOTION TO ALLOW DEFENDANT TO OBTAIN SEALED TRANSCRIPT</u>

Now comes the defendant by his attorney, Lawrence S. Beaumont, and hereby respectfully requests this court to allow the defense to order the sealed transcript of Scott Fitts' sentencing hearing and in support states as follows:

(1) Scott Fitts was sentenced by the Honorable Michael P. McCuskey on May 18, 2010.  During the proceeding an in camera hearing was held in which his attorney proffered Mr. Fitts' cooperation and in particular proffered information regarding the matters previously alleged in the instant case.

(2) Counsel has a good faith belief that specific information was provided about the loan officer relevant in the instant case.

(3) Thus, the defense requests permission to order the transcript of this particular sealed matter.

WHEREFORE, the defendant respectfully requests this court to allow the defense to order the transcription of that particular sealed hearing.

Respectfully submitted,

/s/ Lawrence S. Beaumont
Lawrence S. Beaumont
Attorney –at- Law
53 W. Jackson Blvd.
Chicago, Illinois
(312) 765-6000